IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDMUND CASA,

    Appellant,

  vs.                                  No. MISC 09-106 GEB KJM PS

SHERI CARELLO, et al.,

    Appellees.              <u>ORDER</u>

_____/

        This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellant's motion to proceed in forma pauperis under 28 U.S.C. §1915(a). The motion was referred to the undersigned under Local Rule 302(c)(21). Appellant has not provided any financial information whereby this court can assess the propriety of granting the motion to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Appellant shall submit, within twenty days from the date of this order, a completed application and affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court; failure to comply with this order will result in an order denying the motion to proceed in forma pauperis.

/////

2. The Clerk of the Court is directed to send appellant an Application to Proceed In Forma Pauperis.

DATED: January 7, 2010.

_____
U.S. MAGISTRATE JUDGE

006
casa.bankifp.inc