IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDMUND CASA,

    Appellant,                         No. MISC 09-0106 GEB KJM PS

    vs.

SHERI CARELLO, et al.,

    Appellees.                        <u>ORDER</u>

_____/

        This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellant's motion to proceed in forma pauperis. On January 8, 2010, appellant was ordered to submit a completed application and affidavit in support of his request to proceed in forma pauperis. Appellant has not filed a completed application and affidavit or otherwise responded to the court's order.

        Therefore, IT IS HEREBY ORDERED that appellant's request to proceed in forma pauperis is denied.

DATED: February 23, 2010.

casa0106.fifp

                                             U.S. MAGISTRATE JUDGE

1